MURRAY S. LEVINE, as Trustee in Bankruptcy of GEORGE E. OWENS, Bankrupt, and on His Own Behalf and on Behalf of All Stockholders of ELBE REALTY CORPORATION, Respondent, v. MAX H. ELBE and Others, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

PARSONS-OLD COUNTRY CLUB PROPERTIES, INC., Respondent, v. JAMES McGOVERN and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

DOROTHY KLEIN, Appellant, v. MURRAY BERGER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

REBECCA BRILL, Respondent, v. LEO BRILL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

MARGARET MALLAHAN, Respondent, v. LAWRENCE P. MALLAHAN, Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually, and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and all Stockholders of the Said FOLKLAND APARTMENTS, INC., Respondent, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM and BANKERS TRUST COMPANY, Appellants, Impleaded with Others, Defendants. Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

WOLFE B. FEIGENBAUM, Individually, and as a Stockholder of FOLKLAND APARTMENTS, INC., for and on Behalf of Himself and All Stockholders of the Said FOLKLAND APARTMENTS, INC., Respondent, v. NEW YORK STATE TEACHERS RETIREMENT SYSTEM and BANKERS TRUST COMPANY, Appellants, Impleaded with Others, Defendants.— Order entered February 3, 1938, and order entered March 1, 1938, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed under order entered March 1, 1938, to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

U. S. B. & M. LIQUIDATION CORPORATION, Appellant, v. MARGARET K. NEUMANN and GEORGE F. J. NEUMANN, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.